IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| HUNTSVILLE-MADISON COUNTY MENTAL HEALTH BOARD, INC., A non-profit corporation, doing business as WELLSTONE BEHAVIORAL HEALTH<br><br>Plaintiff,<br><br>vs.<br><br>YORK RISK SERVICES GROUP, INC.; NEW HAMPSHIRE INSURANCE COMPANY; "ABC" being that person, business, partner-ship, corporation, or other entity that contracted with, or otherwise accepted premiums from the Plaintiff for a policy of insurance and coverage for loss to property, as more fully described herein; "DEF", being that person, business, corporation, or other entity which had a contractual obligation to pay for loss to the property of the Plaintiff, as alleged more fully herein; "GHI" being that person, business, partner-ship, corporation or other entity that owed insurance benefits because of damage to the property of Plaintiff; "JKL" being that person, business, partnership, corporation or other entity that received moneys or funds, or held or holds money and funds that should be paid to the Plaintiff, as more fully alleged herein; "MNO" being that person, business partner-ship that misrepresented, deceived, or committed the fraud as more fully described herein; "PQR" being that person, business, partnership, corporation, or other business entity that committed bad faith in the handling of insurance claims of the Plaintiff, as more fully alleged herein; all of whose | Case No.: |

|  |  |
|---|---|
| names are presently otherwise unknown to the Plaintiff, but who/which will be added by amendment when such names are ascertained | ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS NEW HAMPSHIRE INSURANCE COMPANY AND YORK RISK SERVICES, GROUP, INC.'S NOTICE OF REMOVAL

New Hampshire Insurance Company ("New Hampshire") and York Risk Services Group, Inc. ("York"), defendants in the above-styled matter, within the time prescribed by law and pursuant to 28 U.S.C. § 1441, file this notice of removal, respectfully showing the Court as follows:

1.

Plaintiff Huntsville-Madison County Mental Health Board, Inc. d/b/a Wellstone Behavioral Health ("plaintiff") has filed a complaint against defendants New Hampshire, York, and fictitious defendants in the Circuit Court of Madison County, State of Alabama, which county is within the United States District Court for the Northern District of Alabama and the Northeastern Division of this Court. The lawsuit is styled as above and is numbered as case no. 47-CV-2017-900748.00.

2.

In its complaint, plaintiff asserts causes of action for breach of contract, breach of the duty of good faith and fair dealing, and misrepresentation and fraud. At the conclusion of Count I of plaintiff's complaint for breach of contract, plaintiff states that "[d]efendants owe Plaintiff all the sums expended by Plaintiff to replace and repair its property as alleged herein, consequential damages plus interest and expenses." (Complaint, ¶ 16). In Count II

of plaintiff's complaint, plaintiff states that "[a]s a proximate result of the breach of the duty of good faith under the contract and the tort of bad faith refusal to pay, intentionally and by failure to investigate, by Defendants the Plaintiff has suffered and will continue to suffer damages, losses, expenses, monetary damages, consequential damages, interest attorney fees and cost." (Complaint, ¶ 19). Additionally, plaintiff claims in Count III of plaintiff's complaint "[t]hat as a proximate result of the misrepresentations, fraud and deceit of the Defendants, the Plaintiff as [sic] been damaged by having to expend its own funds for the promises full replacement of the damaged property on an expedited basis, additional expenses in accomplishing same, and expenses and losses occasioned by the misrepresentation. That the misrepresentations, fraud and deceit was accompanied with such conscious or deliberate, oppression, fraud, wantonness, or malice with regard to the plaintiff as to entitle the Plaintiff to punitive damages." (Complaint, ¶ 49 [sic]). Although plaintiff has not specified the amount of damages it seeks in the complaint, plaintiff has submitted a claim to New Hampshire for the total amount of $344,321.57 for the damage it asserts was sustained as a result of the November 29, 2016 loss. Because the damages claimed in the lawsuit exceed the sum or value of $75,000.00, exclusive of interest and costs, the amount in controversy satisfies the jurisdictional prerequisite of 28 U.S.C. § 1332.

3.

Upon information and belief, plaintiff is a non-profit corporation organized and existing under the laws of the State of Alabama, with its principal place of business located in Huntsville, Alabama.

4.

New Hampshire is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business located in New York, New York. At no time has New Hampshire been organized and existing under the laws of the State of Alabama, nor at any time has its principal place of business been located in the State of Alabama.

5.

York is a corporation organized and existing under the laws of the State of New York, with its principal place of business located in Parsippany, New Jersey. At no time has York been organized and existing under the laws of the State of Alabama, nor at any time has its principal place of business been located in the State of Alabama.

6.

The amount in controversy in this lawsuit exceeds the sum or value of $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship between plaintiff and defendants New Hampshire and York. Accordingly, this case is subject to the original jurisdiction of this Court under 28 U.S.C. § 1332, and this case may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

7.

Plaintiff commenced this action on May 3, 2017, by filing a complaint in the Circuit Court of Madison County, State of Alabama. New Hampshire was served with a copy of the summons and complaint on May 8, 2017 by certified mail to its registered agent in the State of Alabama, Corporation Service Company, Inc. York was served with a copy of the

summons and complaint on May 8, 2017 by certified mail to its registered agent in the State of Alabama, Corporation Service Company, Inc.

8.

This notice of removal is being filed within thirty (30) days of service of plaintiff's complaint on defendants New Hampshire and York.

9.

Attached to this notice of removal as Exhibit "1" are true and correct copies of plaintiff's complaint and all summons, process and other pleadings served upon New Hampshire and York in this case, as required by 28 U.S.C. § 1446(a).

10.

New Hampshire and York have given written notice of the filing of this notice of removal to plaintiff by mailing a copy of this notice to its attorney of record, Tom E. Ellis, Ellis & Bloom, LLC, 300 Office Park Drive, Suite 206, Birmingham, Alabama 35223.

11.

In compliance with 28 U.S.C. § 1446(a), New Hampshire and York have given written notice of the filing of this notice of removal to Debra Kizer, Circuit Court Clerk, Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801, a copy of which is attached to this notice of removal as Exhibit "2."

WHEREFORE, defendants New Hampshire Insurance Company and York Risk Services Group, Inc. respectfully pray that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Alabama, Northeastern Division.

This __5th__ day of June, 2017.

                              Respectfully submitted,

                              */s/ Mark D. Hess*
                              MARK D. HESS
                              Alabama Bar No. ASB-0009-E66M
                              HAND ARENDALL LLC
                              1801 5th Avenue North, Suite 400
                              Birmingham, Alabama 35203
                              Tel: (205) 324-4400
                              Fax: (205) 322-1163
                              mhess@handarendall.com

                              -and-

                              */s/ Wayne D. Taylor*
                              WAYNE D. TAYLOR
                              Georgia Bar No. 701275
                              *To be admitted pro hac vice*
                              MICHELLE A. SHERMAN
                              Georgia Bar No. 835980
                              *To be admitted pro hac vice*
                              MOZLEY, FINLAYSON & LOGGINS LLP
                              One Premier Plaza, Suite 900
                              5605 Glenridge Drive
                              Atlanta, Georgia 30342
                              Tel: (404) 256-0700
                              Fax: (404) 250-9355
                              wtaylor@mfllaw.com
                              msherman@mfllaw.com

                              *Attorneys for Defendants*
                              *New Hampshire Insurance Company and*
                              *York Risk Services Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the __5th__ day of __June__, 2017, I properly served a copy of the foregoing upon all counsel of record and/or pro se parties by electronic mail and by placing a copy of the same in the U.S. Mail, first class postage prepaid and properly addressed as follows:

Tom E. Ellis
ELLIS & BLOOM, LLC
300 Office Park Drive, Suite 206
Birmingham, AL 35223
tee@teelaw.com

/s/ Mark D. Hess
MARK D. HESS
Alabama Bar No. ASB-0009-E66M