IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| HUNTSVILLE-MADISON COUNTY MENTAL HEALTH BOARD, INC., A non-profit corporation, doing business as WELLSTONE BEHAVIORAL HEALTH,<br><br>Plaintiff,<br><br>vs.<br><br>YORK RISK SERVICES, GROUP, INC., NEW HAMPSHIRE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.: 5:17-CV-00933-MHH |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by and between plaintiff Huntsville-Madison County Mental Health Board, Inc. d/b/a WellStone Behavioral Health and defendants New Hampshire Insurance Company and York Risk Services Group, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-styled action be dismissed *with prejudice*. Each party shall be responsible for its own costs and attorneys' fees incurred in this action.

Respectfully submitted this 9th day of August, 2018.

*/s/ Charles A. Ray, IV*
CHARLES A. RAY, IV
*(Signed by Michelle A. Sherman with express permission of Charles A. Ray, IV)*
Charles Ray, PC
200 West Side Square, Suite 50
Huntsville, Alabama 35801

*/s/ Michelle A. Sherman*
WAYNE D. TAYLOR
Georgia Bar No. 701275
*Admitted pro hac vice*
MICHELLE A. SHERMAN
Georgia Bar No. 835980
*Admitted pro hac vice*

| | |
|---|---|
| Tel: (256) 665-2433<br>cray@charlesraypc.com<br><br>*Attorney for Plaintiff Huntsville-Madison County Mental Health Board, Inc. d/b/a WellStone Behavioral Health* | MOZLEY, FINLAYSON & LOGGINS LLP<br>One Premier Plaza, Suite 900<br>5605 Glenridge Drive<br>Atlanta, Georgia 30342<br>Tel: (404) 256-0700<br>Fax: (404) 250-9355<br>wtaylor@mfllaw.com<br>msherman@mfllaw.com<br><br>-and-<br><br>*/s/ Mark D. Hess*<br>MARK D. HESS<br>Alabama Bar No. ASB-0009-E66M<br>HAND ARENDALL LLC<br>1801 5TH Avenue North, Suite 400<br>Birmingham, Alabama 35203<br>Tel: (205) 324-4400<br>Fax: (205) 322-1163<br>mhess@handarendall.com<br><br>*Attorneys for Defendants New Hampshire Insurance Company and York Risk Services Group, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: **Charles Ray, IV**., and I certify that I have e-mailed and mailed by United States Postal Service the documents to the following non-CM/ECF participants:

N/A

>
> */s/ Michelle A. Sherman*
> MICHELLE A. SHERMAN
> Georgia Bar No. 835980
> *Admitted pro hac vice*